IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCaskill, Addie | Case Number: 07 B 15753 |
|---|---|---|
|  | McCaskill, Andrew | Judge: Squires, John H |
|  | Printed: 02/24/09 | Filed: 8/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 14, 2009
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,971.00 |  |
| Secured: |  | 25,687.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,525.00 |
| Trustee Fee: |  | 1,758.61 |
| Other Funds: |  | 0.00 |
| Totals: | 28,971.00 | 28,971.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 28,197.03 | 6,545.52 |
| 5. | General Motors Acceptance Corp | Secured | 18,604.60 | 6,349.46 |
| 6. | Americredit Financial Ser Inc | Secured | 6,504.76 | 1,883.13 |
| 7. | Real Time Resolutions | Secured | 8,452.00 | 1,300.16 |
| 8. | Ocwen Federal Bank FSB | Secured | 62,466.29 | 9,609.12 |
| 9. | Internal Revenue Service | Priority | 2,259.82 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 346.23 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 263.25 | 0.00 |
| 12. | Capital One | Unsecured | 3,869.47 | 0.00 |
| 13. | Capital One | Unsecured | 1,572.98 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 350.25 | 0.00 |
| 15. | Capital One | Unsecured | 2,488.25 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 6,592.65 | 0.00 |
| 17. | Catherines\CBUSA | Unsecured |  | No Claim Filed |
| 18. | Gamecash | Unsecured |  | No Claim Filed |
| 19. | AT&T | Unsecured |  | No Claim Filed |
|  |  |  | $ 143,492.58 | $ 27,212.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McCaskill, Addie | Case Number: 07 B 15753 |
| McCaskill, Andrew | Judge: Squires, John H |
| Printed: 02/24/09 | Filed: 8/30/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 616.24 |
| 6.5% | 1,072.48 |
| 6.6% | 69.89 |
| | $ 1,758.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*